FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) Cr. No. CR 08 - 66 ML
) In Violation of 26 U.S.C.
) § 7201
)
JON WILK )

**INFORMATION**

The United States Attorney charges:

On or about October 17, 2005, in the District of Rhode Island, defendant JON WILK, a resident of Rhode Island, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2002, by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, on behalf of himself, which was filed with the Internal Revenue Service, wherein he stated that his adjusted gross income for said calendar year was the sum of $13,745, whereas, as he then and there well knew and believed, his adjusted gross income for the said calendar year was substantially in excess of that heretofore stated and that upon said additional taxable income a substantial tax was due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

ROBERT CLARK CORRENTE
United States Attorney

By: *Lee Vilker*

LEE H. VILKER
Assistant U.S. Attorney

*Luis M. Matos*

LUIS M. MATOS
First Assistant U.S. Attorney

DATE: 7-28-08