# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR 08-0066 ML
)
JON WILK )
)

## APPEARANCE

To the Clerk of this Court and all parties:

Enter my appearance as counsel in this case for Jon Wilk.

/s/ Justin S. Holden
Justin S. Holden Bar # 1847
Holden & O'Brien, Inc.
155 South Main St. #405
Providence, RI 02903
Tele (401) 421-1300
Fax (401) 831-7053

I hereby certify that on the 4th day of August 2008, a true copy of the within was filed electronically with the Court and as a result the following will be noticed electronically: Lee Vilker, Esq. Assistant United States Attorney, 50 Kennedy Plaza, Providence, RI 02903.

/s/ Justin S. Holden