# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 08-66 ML |
| | ) | |
| JON WILK | ) | |

## MOTION TO CONTINUE ARRAIGNMENT

The defendant, Jon Wilk, requests that the arraignment in this matter be continued from August 11, 2008 to August 18, 2008.

The Defendant requests the continuance of the arraignment as the defendant is scheduled to be out if the District during the week of August 11, 2008 with his wife.

Assistant United States Attorney Lee Vilker has indicted that he has no objection to the granting of this motion.

Respectfully Submitted,
Jon Wilk
By His Attorney

Justin S. Holden, Esq.
RIBA 1847
Holden & O'Brien, Inc.
155 South Main St. #405
Providence, RI 02903
Phone: (401) 421-1300
Fax: (401) 831-7053

## CERTIFICATION

I hereby certify that I sent a true copy of the within document by regular mail to **Lee Vilker, Esq.**, US Attorneys Office, 50 Kennedy Plaza, Providence, RI 02903; on the 1st day of August, 2008.

Justin S. Holden