O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JON WILK

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 66 ML

I, JON WILK, the above named defendant, who is accused of

Attempt to evade income tax.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 18, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JON WILK
Defendant

Counsel for Defendant

Before
Judicial Officer USMJ