IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: CR 08 66 |
| | : | |
| JON WILK | : | |

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance on behalf of Jon Wilk, the defendant in the above-captioned case.

Respectfully Submitted,

/s/ James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on 16th day of September a true and accurate copy of the within Entry of Appearance was mailed first class, postage prepaid to Lee H. Vilker, Assistant U.S. Attorney.

James E. O'Neil, Esq.